In the Matter of JAMES J. WELDON et al., Appellants, against ALFRED RHEINSTEIN, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

Argued June 13, 1940; decided July 24, 1940.

*Gabriel L. Kaplan* and *Sidney A. Fine* for appellants.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* and *Arthur H. Kahn* of counsel), for respondents.

Order affirmed, without costs, on ground that proceedings are barred by the four month limitation contained in section 1286 of the Civil Practice Act. No opinion.

Concur: LEHMAN, Ch J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.